1    ALAN ADELMAN, ESQ.   BAR NO:  170860
       LAW OFFICES OF ALAN ADELMAN
2    240 Stockton Street, 9th Floor
       Union Square
3    San Francisco, California  94108
       Telephone:  (415) 956-1360
4    Facsimile:  (415) 625-1339

5    Attorney for Plaintiff

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11    BILL MALEY,                     )    **CASE NUMBER: C-06-03082 CW**
                                           )
12             Plaintiff,            )    **ORDER GRANTING PLAINTIFF LEAVE**
                                           )    **TO FILE FIRST AMENDED**
13    vs.                                )    **COMPLAINT**
                                           )
14    PULTE HOME CORPORATION,     )
                                           )
15             Defendant.          )
   _____ )

16

        **GOOD CAUSE APPEARING, BASED ON THE STIPULATION OF THE PARTIES, IT IS**
17
**HEREBY ORDERED:**
18
      Plaintiff is granted leave to file the First Amended Complaint attached to the Stipulation.
19
   DATED: 9/25/06
20

21                              _Claudia Wilken_
                             UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26
   **ORDER GRANTING PLAINTIFF**
   **LEAVE TO FILE FIRST AMENDED COMPLAINT**
   **CASE NUMBER: C-06-03082 CW**