**LAW OFFICES OF ALAN ADELMAN**
240 STOCKTON STREET, 9TH FLOOR
UNION SQUARE
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE:   415.956.1360
FACSIMILE:    415.625.1339

ALAN ADELMAN, CA BAR NO. 170860
ATTORNEYS FOR PLAINTIFF BILL MALEY

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES, CALIFORNIA 90067-3021
TELEPHONE:   310.277.2223
FACSIMILE:    310.557.8475

JOSHUA M. SABLE, CA BAR NO. 170569, jsable@foley.com
CHRISTOPHER G. WARD, CA BAR NO. 238777, cward@foley.com
ATTORNEYS FOR DEFENDANT PULTE HOMES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BILL MALEY, | CASE NO. C06 3082 CW |
| PLAINTIFF, | STIPULATION OF PARTIES TO CONTINUE MEDIATION CUTOFF DATE FOR A MINIMUM OF 30 DAYS; [~~PROPOSED~~] ORDER |
| V. | |
| PULTE HOMES, INC., | |
| DEFENDANT. | HON. CLAUDIA WILKEN |

IT IS HEREBY STIPULATED by and between plaintiff Bill Maley ("Maley") and defendant Pulte Homes, Inc. ("Pulte") (hereinafter collectively, the "Parties") as follows:

1. WHEREAS, on August 16, 2006, the Parties agreed to participate in private mediation in accordance with the Court's Alternative Dispute Resolution requirements,

1 and requested the Court allow the Parties to complete mediation by January 5, 2007;

2. WHEREAS, on August 22, 2006, the Court ordered the Parties to participate in private mediation, and set a deadline of January 5, 2007 for the Parties to complete mediation;

3. WHEREAS, the Parties began discussing the selection of a mutually agreeable mediator at the Court's Scheduling Conference on September 8, 2006, and have continued discussing in good faith the selection of a mediator since the Scheduling Conference;

4. WHEREAS, after significant discussion and compromise, the Parties agreed on November 22, 2006 to mediate this matter with the Hon. Rebecca Westerfield (Ret.) of JAMS;

5. WHEREAS, Joshua M. Sable, lead trial counsel for Pulte, was recently diagnosed with a herniated disk at L4/L5, has been undergoing steroid and nerve block therapy, and was forced to undergo surgery on November 30, 2006 to repair the condition, necessitating that he will miss three to four weeks of work while he recovers from surgery;

6. WHEREAS, the Parties originally scheduled Maley's deposition for December 6, 2006, but agreed to postpone the deposition in light of Mr. Sable's serious medical issues;

7. WHEREAS, Judge Westerfield's first available date for mediation that is mutually agreeable to the Parties is January 17, 2007, and the Parties have scheduled mediation with Judge Westerfield on that date;

8. WHEREAS, the Parties have now rescheduled Maley's deposition for January 16, 2007;

9. WHEREAS, the Parties are not seeking to modify any of the litigation cutoff dates agreed upon at the September 8, 2006 Scheduling Conference;

IT IS HEREBY AGREED, AND THE PARTIES RESPECTFULLY REQUEST, that that the current mediation cutoff date of January 5, 2007 be continued for a minimum

1 of thirty (30) days to afford the Parties an opportunity to conduct Maley's deposition and
2 meaningfully participate in settlement discussions in accordance with the Parties'
3 previous discussions and agreements.
4     SO STIPULATED.

6 DATED: DECEMBER 1, 2006      LAW OFFICES OF ALAN ADELMAN
    ALAN ADELMAN

*Alan Adelman*
ALAN ADELMAN
ATTORNEYS FOR PLAINTIFF BILL MALEY

13 DATED: DECEMBER 1, 2006      FOLEY & LARDNER LLP
JOSHUA M. SABLE
CHRISTOPHER G. WARD

CHRISTOPHER G. WARD
ATTORNEYS FOR DEFENDANT,
PULTE HOMES, INC.

## ORDER

IT IS HEREBY ORDERED that, for good cause shown, the January 5, 2007 mediation cutoff is vacated. The Parties now have until ___Feb. 16___, 2007 to complete mediation of this matter. All other dates agreed upon by the Parties at the Court's September 8, 2006 Scheduling Conference remain unchanged.

IT IS SO ORDERED.

12/6/06

*/s/ Claudia Wilken*

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. C06 3083 CW

LACA_778636.1